# PD-0343-15

3-15-15

RE: JESUS LOVA JR. V. THE STATE OF TEXAS
COURT OF APPEALS NUMBER 10-14-00042-CR
TRIAL COURT CASE NUMBER D35132CR

**FILED IN**
**COURT OF CRIMINAL APPEALS**

MAR 27 2015

Abel Acosta, Clerk

TO WHOM IT MAY CONCERN:

ON MARCH 10, 2015, I RECEIVED NOTICE FROM MY COURT AP-POINTED APPEAL ATTORNEY, MR. RICKY JONES, VIA CERTIFIED OVERNIGHT MAIL (RECEIPT # 7011 2970 0002 0472 9683) THAT THE TENTH COURT OF APPEALS AFFIRMED THE TRIAL COURTS DECISION IN THE ABOVE MENTIONED CAUSE NUMBER. THE DECISION ISSUES FEBRUARY 19, 2015.

1. PLEASE BRING THIS "NOTICE" THAT I WISH TO PETITION FOR DISCREATIONARY REVIEW IN THE ABOVE CAUSE NUMBER;

2. I AM ALSO REQUESTING THAT THIS HONORABLE COURT FURNISH ME WITH A COPY OF THE TRIAL TRANSCRIPTS SO THAT I MAY EFFECT-IVELY PRESENT MY PRO SE PDR BEFORE THE COURT IN ITS MOST FAVORABLE LIGHT, THEN RETURN THE RECORDS BACK TO THE COURT, OR IN THE ALTERNATIVE;

3. APPOINT COUNSEL TO ASSIST APPELLANT WITH HIS PDR.

**RECEIVED**
MAR 19 2015
COURT OF APPEALS
WACO, TEXAS

RESPECTFULLY,
Jesus Lova Jr.
JESUS LOVA JR. 1909585
ALLRED UNIT
2101 F.M. 369 N.
IOWA PARK, TEXAS 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR ~3 2015

Abel Acosta, Clerk



JESUS LOYD JR. 1504585
JAMES ALLRED UNIT
2101 F.M. 369 N.
IOWA PARK, TX 76369

NORTH TEXAS TX 750
DALLAS TX 750
17 MAR 2015 PM 1 L

TENTH COURT OF APPEALS, CLERK
501 WEST WASHINGTON AVE. RM. 415
WACO, TEXAS 76701

**RECEIVED**
MAR 19 2015
COURT OF APPEALS
WACO, TEXAS

76701137315

" LEGAL "